COURT OF APPEALS
SECOND DISTRICT OF TEXAS
FORT WORTH

NO. 2-02-384-CV
THE STATE OF TEXAS           
           
           
           
        APPELLANT
V.
MAHARISHI GLOBAL DEVELOPMENT       
           
           
        APPELLEE
FUND AND LONE STAR LAND BANK,
FLCA
----------
FROM PROBATE COURT OF DENTON COUNTY
----------
MEMORANDUM
OPINION
(1) AND JUDGMENT
----------
We have considered "Appellant, The State Of Texas' Notice To
Withdraw Appeal." It is the court's opinion that the motion should be
granted; therefore, we dismiss the appeal. See TEX.
R. APP. P. 42.1(a)(1), 43.2(f).
Appellant shall pay all costs of this appeal, for which let execution
issue. See Tex. R. App. P. 42.1(d).
PER CURIAM
 
PANEL D: LIVINGSTON, DAUPHINOT, and HOLMAN, JJ.
[DELIVERED JANUARY 16, 2003]

1. See
Tex. R. App. P. 47.4.